MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
  fickesm@sec.gov
SUSAN L. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND),<br><br>　　　　Defendants,<br><br>　and<br><br>DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC,<br><br>　　　　Relief Defendants. | Case No. C 08-03517 CW<br><br>STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

1      WHEREAS Defendants Robert C. Brown, Jr. and Trebor Company (collectively,

2  "Defendants") are attempting to retain counsel to represent them in this litigation;

3      WHEREAS Defendants would like to have the assistance of counsel at the initial case

4  management conference held in this litigation;

5      WHEREAS Defendants believe they will have retained counsel by January 20, 2009;

6      WHEREAS Defendant Robert C. Brown, Jr. is attending to the urgent health care needs of his

7  father which make attendance at case management conference presently scheduled for November 4,

8  2008 at 2:00 p.m. difficult;

9      THEREFORE, the Commission and Defendants stipulate and agree, and ask the Court to

10  adopt as its order the following:

11      The case management conference currently set for November 4, 2008 at 2:00 pm., is hereby

12  continued to January 20, 2009 at 2:00 p.m.

13      The parties' joint case management conference statements shall be filed on or before January

14  13, 2009.

15  DATED: October 30, 2008                                      Respectfully Submitted,

/s/ Mark P. Fickes
Mark P. Fickes
Erin E. Schneider
Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION

22  DATED: October 30, 2008                                      Respectfully Submitted,

/s/ Robert Brown
Pro Se

**ORDER**

Based on the stipulation of the parties, and good cause appearing, it is hereby ordered that the case management conference is continued until January 20, 2009 at 2:00 p.m. The parties' joint case management conference statements shall be filed on or before January 13, 2009.

IT IS SO ORERED

10/31

DATED: _____, 2008

_[signature: Claudia Wilken]_

Claudia Wilken
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

 v.

DUANE EDDINGS et al,

       Defendant.

                                                    /

Case Number: CV08-03517 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/31/08October 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert C. Brown
P.O. Box 1166
Vallejo, CA 94590

Dated: 10/31/08October 31, 2008

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk