| | |
|---|---|
| 1 | MARC J. FAGEL (Cal. Bar No. 154425) |
| | MARK P. FICKES (Cal. Bar No. 178570) |
| 2 |   fickesm@sec.gov |
| | SUSAN L. LAMARCA (Cal. Bar No. 215231) |
| 3 |   lamarcas@sec.gov |
| | JEREMY E. PENDREY (Cal. Bar No. 187075) |
| 4 |   pendreyj@sec.gov |

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C 08-03517 EMC |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND), | |
| Defendants, | |
| and | |
| DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC, | |
| Relief Defendants. | |

1  WHEREAS Defendants Robert C. Brown, Jr. and Trebor Company (collectively,
2 "Defendants") and Plaintiff Securities and Exchange Commission participated in a case management
3 conference before the Honorable Claudia Wilken on February 3, 2007;
4  WHEREAS Plaintiff and Defendants consented to proceed before a United States Magistrate
5 Judge at the February 3, 2009 case management conference;
6  WHEREAS Judge Wilken entered a case management scheduling order on February 6, 2009
7 setting all relevant deadlines in this matter with the exception of a trial date [Docket No. 59];
8  WHEREAS Judge Wilken also ordered that a trial be held before a magistrate judge on or
9 before April 10, 2010;
10  WHEREAS, this Court entered an order on February 10, 2009 setting a case management
11 conference for March 4, 2009 [Docket No. 61];
12  WHEREAS counsel for Plaintiff would have difficulty attending a case management
13 conference on March 4, 2009 due to scheduling obligations predating the issuance of this Court's
14 February 10 order;
15  THEREFORE, the Commission and Defendants stipulate and agree, and ask the Court to
16 adopt as its order the following:
17  The case management conference currently set for March 4, 2009 at 1:30 pm., be continued to
18 March 25, 2009 at 2:00 p.m.
19  The parties' joint case management conference statements shall be filed on or before March
20 16, 2009.
21 DATED: February 24, 2009                    Respectfully Submitted,
22
23                                             /s/ Mark P. Fickes
                                               Mark P. Fickes
24                                             Jeremy E. Pendrey
                                               Attorneys for Plaintiff
25                                             SECURITIES AND EXCHANGE
                                               COMMISSION
26
27
28

1 | DATED: February 24, 2009          Respectfully Submitted,

2

3                                          /s/ Robert Brown
                                         Pro Se

4

5                                **[PROPOSED] ORDER**

6        Based on the stipulation of the parties, and good cause appearing, it is hereby ordered that the

7 case management conference is continued until March 25, 2009 at ~~1:30 p.m.~~ 2:00 p.m.  The parties' joint case

8 management conference statement shall be filed on or before March ~~16~~ 18, 2009.

9        IT IS SO ORERED

10

11 DATED: _____February 24_____, 2009

12

13

14

15                              _____
                             Edward M. Chen
                             United States Magistrate

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED, Judge Edward M. Chen]*