IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>ROBERT BROWN, JR., et al,<br><br>    Defendant(s)._____/ | NO: C-08-3517 EMC (MEJ)<br><br>NOTICE AND ORDER SCHEDULING SETTLEMENT CONFERENCE |

PLEASE TAKE NOTICE that this case has been scheduled for a Settlement Conference before Magistrate Judge Maria-Elena James. The Settlement Conference shall take place on **January 12, 2010, at 10:00 a.m.** **in Judge James' CHAMBERS**, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102. **The parties shall immediately notify the Court if this matter settles or is dismissed before the settlement conference date.** On the date of the settlement conference, counsel and parties shall use the telephone adjacent to chambers' security entrance to notify the Court of their arrival.

Settlement Conference statements shall be submitted in accordance with Magistrate Judge James' STANDING ORDER RE: SETTLEMENT CONFERENCE PROCEDURES, a copy of which may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.

When filing papers that require the Court to take any action (e.g. motions, calendaring issues, administrative requests or a request to be excused from attendance), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day following the day the papers are filed electronically. These printed copies shall be marked

1  "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with
2  Judge James' name, case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy
3  of any document with the Clerk's Office that has already been filed electronically. **Any proposed**
4  **orders must also be emailed to: mejpo@cand.uscourts.gov**
5      Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any
6  questions.

8  IT IS SO ORDERED.

   Dated:  March 10, 2009
                                            _____
                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1
2        UNITED STATES DISTRICT COURT
3       FOR THE NORTHERN DISTRICT OF CALIFORNIA
4
5  SECURITIES & EXCHANGE COMMISSION          Case Number: CV08-03517 EMC
6                                            **CERTIFICATE OF SERVICE**
              Plaintiff,
7
   v.
8
   ROBERT BROWN, JR., et al,
9
              Defendant.
10 _____/

11
12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13 That on March 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
14 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

15
16
17 Jeremy Emerson Pendrey
   Securities and Exchange Commission
18 44 Montgomery St.
   Suite 2600
19 San Francisco, CA 94104

20 Marc J. Fagel
   Securities and Exchange Commission
21 44 Montgomery Street
   Suite 2600
22 San Francisco, CA 94104

23 Mark Philip Fickes
   U.S. Securities and Exchange Commission
24 44 Montgomery Street, #2600
   San Francisco, CA 94104

25
   Robert C. Brown
26 P.O. Box 1166
   Vallejo, CA 94590

27
28                                3

**United States District Court**
**For the Northern District of California**

1. Susan F. LaMarca
2. Securities and Exchange Commission
   44 Montgomery Street
   Suite 2600
3. San Francisco, CA 94104

4. Dated: March 10, 2009

5.       Richard W. Wieking, Clerk
         By: Brenda Tolbert, Deputy Clerk

6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.