```
 1  MARC J. FAGEL (Cal. Bar No. 154425)
    MARK P. FICKES (Cal. Bar No. 178570)
 2    fickesm@sec.gov
    SUSAN L. LAMARCA (Cal. Bar No. 215231)
 3    lamarcas@sec.gov
    JEREMY E. PENDREY (Cal. Bar No. 187075)
 4    pendreyj@sec.gov

 5  Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
 6  44 Montgomery Street, Suite 2600
    San Francisco, California  94104
 7  Telephone:  (415) 705-2500
    Facsimile:  (415) 705-2501
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C 08-03517 EMC |
| Plaintiff, | |
| vs. | STIPULATION AND [PR~~OPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND), | |
| Defendants, | |
| and | |
| DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC, | |
| Relief Defendants. | |

1  WHEREAS on February 26, 2009, defendant Robert C. Brown and relief defendant Duane
2  Eddings were indicted by a Grand Jury in the United States District Court for the Eastern District of
3  California for four counts of mail fraud [18 U.S.C. § 1341], eight counts of wire fraud [18 U.S.C. §
4  1343] and 10 counts of engaging in monetary transactions over $10,000 in property derived from
5  specified unlawful activity [18 U.S.C. § 1957].  The indictment alleges essentially the same
6  misconduct alleged in plaintiff Securities and Exchange Commission's ("Commission") complaint in
7  this action.
8  WHEREAS on September 23, 2009, the Commission filed a Case Management Statement,
9  which, among other things, informed the Court that Brown and Eddings had been indicted, and
10 suggested that the Court continue the Case Management Conference for an additional six months.
11 WHEREAS on September 29, 2009, the Court continued the Case Management Conference
12 until April 7, 2010;
13 WHEREAS criminal defense counsel for Mr. Brown is in the process of negotiating a plea
14 agreement with the United States Attorney's Office for the Eastern District of California, and expects
15 Mr. Brown to enter a change of plea in the criminal case on April 6, 2010, with sentencing to occur
16 12 to 15 weeks later.
17 THEREFORE, the Commission and Defendants stipulate and agree, and ask the Court to
18 adopt as its order the following:
19 The case management conference currently set for April 7, 2010 at 1:30 p.m. be continued
20 until October 13, 2010 at 1:30 p.m.
21 The parties' joint case management conference statements shall be filed on or before October
22 6, 2010.
23 DATED: March 30, 2010                              Respectfully Submitted,
24
25                                                   /s/ Jeremy E. Pendrey
                                                     Mark P. Fickes
26                                                   Jeremy E. Pendrey
                                                     Attorneys for Plaintiff
27                                                   SECURITIES AND EXCHANGE
                                                     COMMISSION
28

DATED: March 30, 2010                           Respectfully Submitted,

/s/ Daniel J. Broderick
Daniel J. Broderick
Federal Defender
Attorney for Defendant
Robert C. Brown, Jr. (in the criminal action)

**[PROPOSED] ORDER**

Based on the stipulation of the parties, and good cause appearing, it is hereby ordered that the case management conference is continued until October 13, 2010 at ~~1:30 p.m.~~ 2:30 p.m. The parties' joint case management conference statement shall be filed on or before October 6, 2010.

IT IS SO ORDERED.

DATED: _____April 2_____, 2010

_____
Edward M. Chen
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen