MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
  fickesm@sec.gov
SUSAN L. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C 08-03517 EMC |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND), | |
| Defendants, | |
| and | |
| DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC, | |
| Relief Defendants. | |

1  WHEREAS on February 26, 2009, defendant Robert C. Brown and relief defendant Duane
2  Eddings were indicted by a Grand Jury in the United States District Court for the Eastern District of
3  California for four counts of mail fraud [18 U.S.C. § 1341], eight counts of wire fraud [18 U.S.C. §
4  1343] and 10 counts of engaging in monetary transactions over $10,000 in property derived from
5  specified unlawful activity [18 U.S.C. § 1957]. The indictment alleges essentially the same
6  misconduct alleged in plaintiff Securities and Exchange Commission's ("Commission") complaint in
7  this action.

8  WHEREAS on September 23, 2009, the Commission filed a Case Management Statement,
9  which, among other things, informed the Court that Brown and Eddings had been indicted, and
10 suggested that the Court continue the Case Management Conference for an additional six months.

11 WHEREAS on September 29, 2009, the Court continued the Case Management Conference
12 until April 7, 2010;

13 WHEREAS criminal defense counsel for Mr. Brown negotiated a plea agreement with the
14 United States Attorney's Office for the Eastern District of California and Mr. Brown entered a
15 change of plea in the criminal case on April 6, 2010;

16 WHEREAS, the date for judgment and sentencing for Mr. Brown has been continued to
17 March 8, 2011;

18 THEREFORE, the Commission and Defendant stipulate and agree, and ask the Court to adopt
19 as its order the following:

20 The case management conference currently set for October 13, 2010 at 2:30 p.m. be continued
21 until March 30, 2011 at 2:30 p.m.

22 The parties' joint case management conference statements shall be filed on or before March
23 18, 2011.

24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: October 6, 2010 | Respectfully Submitted, |
| 2 | | |
| 3 | | /s/ Mark P. Fickes |
| | | Mark P. Fickes |
| 4 | | Jeremy E. Pendrey |
| | | Attorneys for Plaintiff |
| 5 | | SECURITIES AND EXCHANGE |
| | | COMMISSION |
| 6 | | |
| 7 | DATED: October 6, 2010 | Respectfully Submitted, |

/s/ Daniel J. Broderick
Daniel J. Broderick
Federal Defender
Attorney for Defendant
Robert C. Brown, Jr. (in the criminal action)

The Commission's undersigned counsel of record, Mark P. Fickes, hereby attests that Daniel J. Broderick concurs in the filing of this Stipulation and Proposed Order in accordance with General Order No. 45, Electronic Case Filing, section 10(b).

## [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing, it is hereby ordered that the case management conference is continued until March 30, 2011 at 2:30 p.m.  The parties' joint case management conference statement shall be filed on or before March 18, 2011.

IT IS SO ORDERED.

DATED:  October 7        , 2010

_____
Edward M. Chen
United States Magistrate Judge