MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
  fickesm@sec.gov
SUSAN L. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>      vs.<br><br>ROBERT C. BROWN, JR. AND TREBOR COMPANY (AKA TREBOR INVESTMENT COMPANY, TREBOR SEMINARS, TREBOR GROUP AND TREBOR GROUP FUND),<br><br>              Defendants,<br><br>      and<br><br>DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC,<br><br>              Relief Defendants. | Case No. C 08-03517 EMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

WHEREAS on February 26, 2009, defendant Robert C. Brown and relief defendant Duane Eddings were indicted by a Grand Jury in the United States District Court for the Eastern District of California for four counts of mail fraud [18 U.S.C. § 1341], eight counts of wire fraud [18 U.S.C. § 1343] and 10 counts of engaging in monetary transactions over $10,000 in property derived from specified unlawful activity [18 U.S.C. § 1957].  The indictment alleges essentially the same misconduct alleged in plaintiff Securities and Exchange Commission's ("Commission") complaint in this action.

WHEREAS on September 23, 2009, the Commission filed a Case Management Statement, which, among other things, informed the Court that Brown and Eddings had been indicted, and suggested that the Court continue the Case Management Conference for an additional six months.

WHEREAS on September 29, 2009, the Court continued the Case Management Conference until April 7, 2010;

WHEREAS criminal defense counsel for Mr. Brown negotiated a plea agreement with the United States Attorney's Office for the Eastern District of California and Mr. Brown entered a change of plea in the criminal case on April 6, 2010;

WHEREAS, the date for judgment and sentencing for Mr. Brown has been continued on several occasions and is tentatively scheduled for August 2, 2011;

THEREFORE, the Commission and Defendant stipulate and agree, and ask the Court to adopt as its order the following:

The case management conference currently set for March 30, 2011 at 2:30 p.m. be continued until November 9, 2011 at 2:30 p.m.

The parties' joint case management conference statements shall be filed on or before October 28, 2011.

1   DATED: March 18, 2011                    Respectfully Submitted,

2

3                                            /s/ Mark P. Fickes
                                             Mark P. Fickes
4                                            Jeremy E. Pendrey
                                             Attorneys for Plaintiff
5                                            SECURITIES AND EXCHANGE
                                             COMMISSION
6

7   DATED: March 18, 2011                    Respectfully Submitted,

8

9                                            /s/ Daniel J. Broderick
                                             Daniel J. Broderick
10                                           Federal Defender
                                             Attorney for Defendant
11                                           Robert C. Brown, Jr. (in the criminal action)

12

13       The Commission's undersigned counsel of record, Mark P. Fickes, hereby attests that Daniel J.
    Broderick concurs in the filing of this Stipulation and Proposed Order in accordance with General Order
14   No. 45, Electronic Case Filing, section 10(b).

15

16

17                              __[PROPOSED] ORDER

18       Based on the stipulation of the parties, and good cause appearing, it is hereby ordered that the

    case management conference is continued until November 9, 2011 at 2:30 p.m.  The parties' joint
                                                   16
19

20   case management conference statement shall be filed on or before October 28, 2011.  November 9, 2011

21       IT IS SO ORDERED.

22

23   DATED: _____3/21_____, 2011

24

25

26

27                                           IT IS SO ORDERED
                                             AS MODIFIED
28                                           Judge Edward M. Chen