**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant**
**DUANE ALLEN EDDINGS**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>vs.<br><br>DUANE EDDINGS, CDC GLOBAL, INC. AND WISE INVESTORS SIMPLY EXCEL, LLC,<br><br>                Relief Defendants. | Case No. C 08-03517 EMC<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br>ORDER RESETTING CMC<br><br>Date: March 23, 2012<br>Time: 9:00 a.m.<br>Ctrm: 5, 17th Floor San Francisco |

     Pursuant to the Order of this Court dated November 23, 2011 Order, defendant DUANE EDDINGS ("Eddings") submits the following Case Management Statement.

     Defendant Eddings went to trial in the United States District Court for the Eastern District of California on October 24, 2011, in *United States v. Robert Brown, et al.* The jury convicted defendant Eddings on six counts of mail fraud, one count of wire fraud, three counts of illegal monetary transactions, three counts of tax evasion, and criminal forfeiture. Defendant Eddings' sentencing is scheduled for April 24, 2012.

     The relief defendant Eddings and Plaintiff, the Securities and Exchange Commission, have discussed possible resolution to this action. The parties anticipate, however, that the sentence imposed on defendant Eddings will have a significant impact

1  on the resolution of the instant civil case. Therefore, defendant Eddings requests the
2  Court to continue the Case Management Conference until sometime after April 24,
3  2012.

4  Dated: March 11, 2012                    Respectfully submitted,

                                            WISEMAN LAW GROUP, P. C.
                                            By:     /s/ Joseph J. Wiseman
                                                JOSEPH J. WISEMAN

                                            Attorney for Defendant,
                                            DUANE ALLEN EDDINGS

10  IT IS SO ORDERED that the CMC is reset from 3/23/12 to 5/18/12 at 9:00 a.m.  An
    updated joint CMC statement shall be filed by 5/11/12.

_____
Edward M. Chen
U.S. District Judge

